IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

JONI CROCKER,

    Plaintiff,

v.                                                        Case No. 2:22-cv-2330-MSN-cgc
                                                                JURY DEMAND

ST. ANN CATHOLIC CHURCH AND SCHOOL,

    Defendant.

---

## JUDGMENT

---

**JUDGMENT BY COURT.**  This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed May 27, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal (ECF No. 12), filed October 18, 2022, this matter is hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs and fees.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

October 18, 2022
Date